**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:14-cr-00018-HDM-VPC |
| | ) | 3:15-cv-00145-HDM-VPC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMES EDWARD BRYANT, | ) | |
| | ) | |
| Defendant. | ) | |

The government shall file a response to the defendant's 28 U.S.C. § 2255 petition (#43) on or before May 15, 2015.

IT IS SO ORDERED.

DATED: This 20th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE